# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| PATRICIA BUENO, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-CV-00251 |
| | § | (Judge Mazzant/Judge Johnson) |
| ENERSON LAW LLC, ET AL., | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 10, 2017, the Magistrate Judge issued an Order, cautioning that the Court would recommend that this case be dismissed for want of prosecution if Plaintiff failed to file a status report or otherwise act on or before August 24, 2017 (Dkt. #4). On August 28, 2017, the report of the Magistrate Judge (Dkt. #5) was entered containing proposed findings of fact and recommendations that Plaintiff Patricia Bueno's case be dismissed for want of prosecution. Plaintiff still has failed to act upon the Order.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's claims are **DISMISSED** for want of prosecution.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 14th day of September, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE